No. 195, Misc. RODGERS v. MICHIGAN ET AL. Supreme Court of Michigan. Certiorari denied.

No. 197, Misc. DELEVAY ET AL. v. LEE, BANKRUPT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 198, Misc. BISHOP v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 200, Misc. WILLIAMS v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 201, Misc. IN RE SPEER. Supreme Court of California. Certiorari denied.

No. 202, Misc. NEW YORK EX REL. LOWERY v. MURPHY, WARDEN. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 209, Misc. CANNON v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 211, Misc. GILLILAND v. MICHIGAN. Circuit Court for Lapeer County, Michigan, Fortieth Judicial Circuit. Certiorari denied. *Leo W. Hoffman* for petitioner. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 212, Misc. FEBRE v. MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.